Case: 1:23-cv-04310 Document #: 21 Filed: 07/07/23 Page 1 of 2 PageID #:1528



# United States District Court
# Northern District of Illinois

In the Matter of

Remka, Inc.          District Judge Matthew F. Kennelly

v.          Case No. 23-CV-4310

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

Designated Magistrate Judge Jeffrey T. Gilbert

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

*/s/ Mary M Rowland*

**Judge Mary M. Rowland**

Date: Friday, July 7, 2023

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

*/s/ Rebecca R. Pallmeyer*

**Chief Judge Rebecca R. Pallmeyer**

Dated: Friday, July 7, 2023

District Reassignment - By Lot

- IOP 13(f)(2)(b) - I recuse myself from this case because one of the parties is represented by a law firm I was associated with during the past five years.

..................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: