# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Remka, Inc.

                              Plaintiff,

v.                                         Case No.: 1:23−cv−04310

                                         Honorable Matthew F. Kennelly

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 15, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Response to motion to vacate default judgment [44] is to be filed by 11/29/2023; reply to response is to be filed by 12/13/2023. Telephonic hearing, unless deemed unnecessary by the Court, is set for 12/22/2023 at 9:10 AM, using call−in number 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.